# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2021

Bridget M. McCormack,
Chief Justice

162156

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

SC: 162156
COA: 353616
Ingham CC: 12-000262-FC

CALVIN B. WARE,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the September 10, 2020 order of the Court of Appeals is considered. We DIRECT the Ingham County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

     The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2021



Clerk

t0330